## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

IN RE:

    ROGER ALLEN BUIS &amp;                Case No.:05-31164-LMK
    PAULINE REID BUIS,

          Debtors                Chapter 13

_____/

### FINAL ORDER DISMISSING CHAPTER 13 CASE

THIS MATTER, having come before the Court upon Army Aviation Heritage Foundation and Museum, Inc.'s Motion to Dismiss or Convert Case, and the Court, having entered an Order on the Motion, it is hereby

ORDERED and ADJUDGED that:

1. The Debtors' Chapter 13 case is DISMISSED.

2. Since there has not been an Order Confirming Plan and Order to Debtors entered by the Court, the Court reserves jurisdiction solely to determine the fees and expenses for the Chapter 13 Trustee. The Chapter 13 Trustee shall have fifteen (15) days in which to file an application for said fees. Upon the filing of said application, or if no fee application is filed, then the Chapter 13 Trustee shall forthwith remit all funds on hand, less the amounts requested for fees and expenses, to the Debtors. The Chapter 13 Trustee shall hold all funds not remitted to Debtors pending a hearing or Order to determine reasonable fees and expenses.

DONE and ORDERED on January 11, 2006.

_____

Lewis M. Killian, Jr.
Bankruptcy Judge

cc: All creditors and parties in interest